| | | |
|---|---|---|
| | AUSA:   Micah Wallace | Telephone:  (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer:   Joshua Scott | Telephone:  (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Victor Lamont Rondeau | Case: 2:26−mj−30239<br>Assigned To : Unassigned<br>Case No.   Assign. Date : 4/27/2026<br>Description: CMP USA V. RONDEAU<br>(DJ) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 7, 2026 - March 10, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_J. Scott_
*Complainant's signature*

Joshua Scott, Task Force Officer-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____April 27, 2026_____

_Kim G Alt_
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Task Force Officer Joshua Scott, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am a police officer with the City of Detroit and have been a member of the Detroit Police Department (DPD) since October 2017. I have been a member of the Detroit Police Department's Firearms Investigation Team since August 2020. I am a Task Force Officer sworn and deputized by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in 18 U.S.C. § 2516. Throughout my career as a DPD Police Officer and ATF Task Force Officer, I have participated in investigations involving narcotics and firearms, as well as numerous investigations that resulted in the execution of search and arrest warrants. Due to my investigative experience, I have become familiar with common patterns of behavior associated with drug trafficking and firearms violations.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal

knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      ATF is currently conducting a criminal investigation concerning Victor Lamont RONDEAU (DOB: XX/XX/1973) for a violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm and ammunition.

## PROBABLE CAUSE

4.      On March 7, 2026, DPD officers responded to a 911 call for domestic violence on the east side of Detroit (Location 1). The officers spoke with the victim who stated that on March 7, 2026, RONDEAU punched them several times in the head with a closed fist. The victim informed officers that this was an ongoing problem and that RONDEAU had previously assaulted them on multiple occasions. The victim said her head hurt. Officers also noted seeing scratches on the victim's chest, and the victim stated that they were from previous altercations.

5.      The victim also said that RONDEAU shot at them a week earlier while they were inside of someone else's vehicle. The vehicle was parked nearby. Officers saw damage to the hood of the vehicle that appeared to be a possible bullet strike.

6.      The victim also told police that RONDEAU had many guns at Location 1 and constantly played with guns.

7.      On March 10, 2026, officers executed a search warrant at Location 1 in Detroit and recovered the following items during the search:

    a.  A loaded black Remington Nylon 66, .22 caliber rifle.

    b.  A Taurus model GX4, 9mm pistol

    c.  A metal rifle magazine

    d.  One box of 9mm caliber live rounds

    e.  One box of CCi .22 caliber live rounds

8.      Officers arrested RONDEAU at Location 1. During a post-*Miranda* interview, RONDEAU admitted to owning a .22 caliber rifle and living with the victim at Location 1. RONDEAU is also a registered sex offender, and his most recent registration also lists Location 1 as his residence.

9.      On April 21, 2026, I contacted ATF Special Agent (SA) Joshua Mclean, an interstate nexus expert. I gave him a description of the Black Remington Nylon 66, .22 caliber rifle including the serial number as well as a description of the CCi, .22 caliber ammunition. SA Mclean determined that the Remington is a "firearm" as defined in 18 U.S.C. § 921(a)(3) and the CCi cartridges are "ammunition" as defined in 18 U.S.C. § 921(a)(17)(A). SA Mclean also determined that neither the Remington nor the ammunition was manufactured

in the State of Michigan, and therefore, both traveled in interstate or foreign commerce.

10.    I reviewed a computerized criminal history and Michigan Third Circuit Court Records for RONDEAU, which revealed the following felony arrests and convictions:

a.  In 1991, RONDEAU was convicted of Felony Weapons – Carrying Concealed in the Third Circuit Judicial Court in Wayne County, Michigan.

b.  In 1998, RONDEAU was convicted of Controlled substance – Delivery/ Manufacturing (Cocaine, Heroin, or other Narcotic) Less than 50 Grams in the Third Circuit Judicial Court in Wayne County, Michigan.

c.  In 1998, RONDEAU was convicted of Controlled Substances – Possess Heroin or Another Narcotic Less Than 25 Grams in the Third Circuit Judicial Court in Wayne County, Michigan.

d.  In 2003, RONDEAU was convicted of Criminal Sexual Conduct 0 in the First Degree in the Third Circuit Judicial Court in Wayne, County Michigan. RONDEAU was sentenced to 6 to 20 years in prison for this offense.

11.    Because RONDEAU spent more than a year in prison and has been convicted of multiple felonies, there is probable cause to believe that, at the time he possessed the rifle, RONDEAU knew that he had been convicted of a crime punishable by more than one year in prison.

## CONCLUSION

12.    Based on the above facts, there is probable cause to believe that on March 10, 2026, while in the Eastern District of Michigan, Victor Lamont

RONDEAU, a convicted felon, was in possession of the above-described firearm

and ammunition, in violation of 18 U.S.C. § 922(g)(1), felon in possession of a

firearm and ammunition.

Respectfully submitted,

Joshua Scott
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date: April 27, 2026